181 So. 915

STATE ex rel. L. A. COCORAN v. Samuel W. HAWKINS et al.

6 Div. 353.

Supreme Court of Alabama.

May 27, 1938.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

180 So. 895

Ex parte STATE ex rel. Max PIZITZ.

6 Div. 341.

Supreme Court of Alabama.

May 6, 1938.

A. Leo Oberdorfer and Morris K. Sirote, both of Birmingham, for petitioner.

PER CURIAM.

Rule denied.

181 So. 916

W. C. SWALLEY v. JEFFERSON COUNTY and Automatic Voting Machine Corporation.

6 Div. 296.

Supreme Court of Alabama.

April 28, 1938.

Rehearing Denied June 16, 1938.

Thos. E. Skinner, of Birmingham, for appellant.

Sam C. Pointer and Horace C. Wilkinson, both of Birmingham, for appellees.

THOMAS, Justice.

The matters presented by this appeal were fully considered and decided by the opinion of the Chief Justice and by the concurring opinion of Mr. Justice Bouldin in the original decision, and on application for rehearing, in the case of D. T. McCall et al. v. Automatic Voting Machine Corp., ante, p. 10, 180 So. 695.

The decision, therefore, in said case is decisive of the questions presented by this appeal, and a further discussion at this time of the matters involved herein would serve no useful purpose.

The judgment of the circuit court is reversed, and a judgment here entered granting injunctive relief prayed for by appellant.

Reversed and rendered.

ANDERSON, C. J., and BOULDIN and BROWN, JJ., concur.

GARDNER, FOSTER, and KNIGHT, JJ., dissent.